USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-13-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                     Plaintiff,

    -against-                                                                     20-CR-660 (ALC)

JETMIR SULAJ,                                                                    ORDER

                     Defendant.

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **July 18, 2022** at **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           July 13, 2022

                                     ANDREW L. CARTER, JR.
                                     United States District Judge