USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-8-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-

JETMIR SULAJ,

                      Defendant.

------------------------------------------------------------------ x

20-CR-660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea hearing is scheduled for **September 14, 2022** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           September 8, 2022

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**