USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/13/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                **Plaintiff,**

    -against-

JETMIR SULAJ,

                **Defendant.**

-------------------------------------------------------------- x

20-CR-660 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Due to a conflict on the Court's calendar, the sentencing scheduled for January 27, 2023 is rescheduled to **12:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            January 13, 2023

_____
**ANDREW L. CARTER, JR.
United States District Judge**